NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THERASENSE, INC. (NOW KNOWN AS ABBOTT DIABETES CARE, INC.)**
AND **ABBOTT LABORATORIES,**
*Plaintiffs-Appellants,*

v.

**BECTON, DICKINSON AND COMPANY,**
AND **NOVA BIOMEDICAL CORPORATION,**
*Defendants-Appellees,*

AND

**BAYER HEALTHCARE LLC,**
*Defendant-Appellee.*

---

2008-1511, -1512, -1513, -1514, -1595

---

Appeals from the United States District Court for the Northern District of California in consolidated case nos. 04-CV-2123, 04-CV-3327, 04-CV-3732, and 05-CV-3117, Judge William H. Alsup.

- - - - - - - - - - - - - - - - - - - - - -

**TIVO INC.,**
*Plaintiff-Appellee,*

**v.**

**ECHOSTAR CORPORATION,
ECHOSTAR DBS CORPORATION,
ECHOSTAR TECHNOLOGIES CORPORATION,
ECHOSPHERE LIMITED LIABILITY COMPANY,
ECHOSTAR SATELLITE LLC,**
AND **DISH NETWORK CORPORATION,**
*Defendants-Appellants.*

2009-1374

Appeal from the United States District Court for the Eastern District of Texas in case no. 2:04-CV-01, Judge David Folsom.

**ON MOTION**

**O R D E R**

Oral arguments *en banc* for the above-noted appeals are scheduled for Tuesday, November 9, 2010, in courtroom 201. Appeal No. 2008-1511, *Therasense, et al. v. Becton Dickinson and Company, et al.*, will be argued at 10 a.m. Appeal No. 2009-1374, *Tivo, Inc. v. Echostar Corporation, et al.*, will be argued at 11 a.m. Counsel for each side for each appeal will be allowed 30 minutes to argue. Counsel for each party shall notify the clerk in

3

writing by August 16, 2010, of the name of the attorney who will argue for that party.

FOR THE COURT

June 3, 2010                              /s/ Jan Horbaly
_____          _____
          Date                                  Jan Horbaly
                                                Clerk

cc:  Rohit Kumar Singla
     Rachel Krevans
     Bradford J. Badke
     Seth P. Waxman
     E. Joshua Rosenkranz
     All Amicus Curiae Counsel
     2008-1511, -1512, -1513,-1514,-1595
     2009-1374